IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00378-CBS-BNB

RAY W. HALL, and
ESTELLE J. HALL,

      Plaintiffs,

v.

MONACO COACH CORPORATION,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendant's Unopposed Motion for Clarification of October 18, 2005 (filed October 19, 2005; *doc. no. 22*) is **GRANTED**. It is further

**ORDERED** that the deadline for Rule 26(a)(2) REBUTTAL expert disclosures is extended to no later than **December 4, 2005**. *All deadlines previously set by this Court, not modified herein, remain in effect.*

Pursuant to D.C.COLOL.CIVR. 10.1I it is noted that the proper case number for this action is **05-cv-00378-CBS-BNB.** Future failure to comply with this local rule may result in automatic denial or striking of the document. Counsel are strongly advised to edit their records accordingly.

**DATED:**    October 21, 2005