IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 05-cv-00378-CBS-BNB

RAY W. HALL, and
ESTELLE J. HALL,
    Plaintiffs,
v.

MONACO COACH CORPORATION,
    Defendant.
_____

DISMISSAL ORDER
_____

    This civil action comes before the court on the parties' Amended Stipulation for Dismissal with Prejudice.  The court now being sufficiently advised in the premises,

    IT IS ORDERED that the Amended Stipulation for Dismissal with Prejudice (filed February 8, 2007) (doc. # 37) is approved and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  Each party shall bear his, her, or its own attorney fees and costs.

    DATED at Denver, Colorado, this 9th day of February, 2007.

    BY THE COURT:

      s/Craig B. Shaffer
    United States Magistrate Judge