IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00378-CBS-BNB

RAY W. HALL, and
ESTELLE J. HALL,

Plaintiffs,

v.

MONACO COACH CORPORATION,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the entry of Judge Shaffer's order dismissing this matter [docket no. 39],

IT IS ORDERED that the Status Conference set for February 12, 2007, is **VACATED**.

DATED: February 9, 2007